# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID HOLLAND,**

    **Plaintiff,**

**v.**                                                                         Case No:   6:19-cv-776-Orl-31LRH

**SEA TECH & FUN USA, LLC, YVES GELB and ROBERT BRANAGH,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion to Strike Defendants' Affirmative Defenses (Doc. 12) filed May 31, 2019.

On November 22, 2019, the United States Magistrate Judge issued a report (Doc. 19) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion to Strike Defendants' Affirmative Defenses is **GRANTED IN PART and DENIED IN PART**.

3. The sixth affirmative defense is **STRICKEN** with leave to file an amended version of that affirmative defense.

4. The eleventh affirmative defense is **STRICKEN** without leave to amend.

5. The twelfth affirmative defense is **STRICKEN** with leave to file an amended version that omits any reference to Plaintiff's alleged lewd and lascivious conduct.

6. In all other respects the motion (Doc. 12) is **DENIED**.

7. If Defendants wish to amend their pleading in accordance with this order, they are to do so by December 19, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 12, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party